JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HUICHENG COMMERCIAL, LLC., a California limited liability company; and DOES 1-10,<br>        Defendants. | Case No.: 5:21-CV-00772-JGB-SPx<br><br>*Hon. Jesus G. Bernal*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 29, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff LaSandra Price's action against Defendant Huicheng Commercial LLC. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: September 13, 2021

Hon. Jesus G. Bernal
United States District Judge